# UNITED STATES DISTRICT COURT
**District of Minnesota**

Advanced Communication Design, Inc.

Plaintiff(s)

-vs-

Civil Action 01-983 DSD/JMM

Premier Retail Networks, Inc.,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Premier Retail Networks, Inc., is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Premier Retail Networks, Inc.

this 26th day of September, 2001.

RICHARD D. SLETTEN, CLERK

By ______________________
Julie Rustad, Deputy Clerk

forms/entry of default.frm