42 1092

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-983 DSD/JMM **Case Title:** Advanced Comm. Design vs. Premier Retail

### Affidavit of Movant

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James A. DiBoise, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Premier Retail in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature]

MN Attorney License #: 84712

Date: 11/8/01

### Affidavit of Proposed Admittee

I, James A. DiBoise, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: James A. DiBoise

Signature: [signature]

Date: 6 Nov 2001

Attorney License Number: 083296

Law Firm Name & Address: Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Telephone: (650) 493-9300

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: NOV 09 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK