421163

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-983 DSD/JMM Case Title: Advanced Comm Design v. Premier R

## Affidavit of Movant

I, DAVID P. PEARSON, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac JILL HUBBARD BOWMAN, an attorney admitted to practice in the WESTERN District of TEXAS, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Premier Retail Network in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 84712 MN Attorney License # | 11/21/01 Date

## Affidavit of Proposed Admittee

I, JILL HUBBARD BOWMAN, am currently a member in good standing of the U.S. District Court for WESTERN District of TEXAS, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

JILL HUBBARD BOWMAN Type/Print Name | [signature] Signature | November 1, 2001 Date

Attorney License Number: 24026907

Law Firm Name & Address: WILSON SONSINI GOODRICH & ROSATI
8911 Capital of Texas Highway, Suite 3350
Austin TX 78759

Telephone: (512) 338-5400

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

NOV 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______