421163

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-983 DSD/JMM **Case Title:** Advanced Comm Design vs. Premier Retail

**Affidavit of Movant**

I, DAVID P. PEARSON, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice IAN D. CHOWDHURY, an attorney admitted to practice in the NORTHERN District of CALIFORNIA, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Premier Retail Networks in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

______ Signature | 84712 MN Attorney License # | Nov 21, 2001 Date

**Affidavit of Proposed Admittee**

I, IAN D. CHOWDHURY, am currently a member in good standing of the U.S. District Court for the NORTHERN District of CALIFORNIA, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

IAN D. CHOWDHURY Type/Print Name | ______ Signature | OCTOBER 26, 2001 Date

Attorney License Number: 199018

Law Firm Name & Address: WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD, RW1-1,
PALO ALTO, CA 94304

Telephone: (650) 493-9300

Motion Granted: ______
For the Court: Richard D. Sletten, Clerk

NOV 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______