UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADVANCED COMMUNICATION DESIGN, INC.,

Plaintiff,

v.

PREMIER RETAIL NETWORKS, INC.,

Defendant.

CIVIL NO. 01-983 (DSD/JMM)

ORDER

By agreement of the Parties, the above matter came on for a telephone hearing before the undersigned on November 26, 2001 upon Plaintiff's oral Motion to Take Early Discovery. John B. Lunseth, II, Esq. appeared on behalf of Plaintiff; David A. Pearson, Esq. and James A. DeBoise, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff's oral Motion to Take Early Discovery prior to the combined hearing on Plaintiff's Motion for Partial Default Judgment on Liability and for a Preliminary Injunction, for the limited purpose of obtaining information concerning the circumstances of Defendant's default and failure to Answer the Complaint, and Defendant's grounds for seeking relief from said default, is hereby granted. Defendant's oral Motion to take discovery of Plaintiff for the same limited purpose is granted.

2. A hearing will be held on December 4, 2001 at 3:00 p.m. before the undersigned in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, as to any other objections to the taking of this discovery, or at such other date and time as may be mutually agreed upon by the Parties. The schedule for the

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

presentation of written materials relating to said Motions shall be as agreed upon by the Parties. In the absence of such agreement, the following schedule shall apply:

| | |
|---|---|
| November 30, 2001, 12 Noon | Motion and supporting materials required by Local Rule 7.1(a)(1). |
| December 3, 2001, 3:30 p.m. | Responsive materials required by Local Rule 7.1(a)(2). |

Dated: November 27, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The parties in a telephone conference jointly sought the immediate ruling of this Court on the issue of whether early discovery may be taken. The Court concluded that factual issues were raised by the Affidavits submitted by Defendant in support of its Motion to set aside the Clerk's entry of default under Federal Rule 55(b)(1), and its opposition to Plaintiff's Motion for a Default Judgment on Liability under Federal Rule 55(b)(2), and that discovery on these issues was appropriate.

During the telephone conference, it was made to appear to the Court that additional issues relating to the proposed discovery may require judicial resolution. We have established by this Order an expedited process by which these issues may be presented and determined.

J.M.M.

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500