UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADVANCED COMMUNICATIONS DESIGN, INC.,

Plaintiff,

v.

PREMIER RETAIL NETWORKS, INC.,

Defendant.

CIVIL NO. 01-0983 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 4, 2001 upon Plaintiff's Motion to Compel Discovery [Docket No. 35]. John Lunseth, Esq., appeared on behalf of Plaintiff; David Pearson, Esq., and David Borger, Esq., appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery [Docket No. 35 ] is denied without prejudice for the reasons stated on the record.

Dated: December 5, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK