UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Advanced Communication Design, Inc.,

Plaintiff,

vs.

Premier Retail Networks, Inc.,

Defendant.

Court File No. 01-983 DSD/JMM

**ORDER FOR PRELIMIINARY INJUNCTION**

---

Plaintiff Advanced Communication Design, Inc. having deposited $25,000.00 as security for a preliminary injunction in this matter consistent with this Court's Order of February 21, 2002,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Premier Retail Network, Inc., and its officers, directors, principals, agents, representatives, employees, attorneys, and those persons in concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are preliminarily enjoined from directly or indirectly:

A. Making, using, selling, or offering for sale anywhere in the United States, exporting from the United States, or importing into the United States, any Interactive Network product which infringes the '908 Patent, or any other

FILED 2-25-2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

product which has no substantial use other than uses which infringe the '908 Patent, or maintaining or selling parts for such equipment or content, music or video sampling material to be used on or in connection with such equipment.

B. Urging, recommending, suggesting to anyone, through advertising or otherwise, that a Interactive Network product be used in a manner which infringes the '908 Patent.

C. Making, using, selling, or offering for sale anywhere in the United States, exporting from the United States, or importing into the United States, copies of the Interactive Network device manufactured and sold by Premier and adjudged to be an infringement of the '908 Patent.

D. Aiding, abetting, inducing or contributing to another to do any of the acts mentioned in paragraphs a-c above.

2. It is further ordered that, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, service of a copy of this order shall be made upon Premier or upon its counsel of record by any person acting under the supervision of Advanced's attorneys, Rider, Bennett, Egan & Arundel, LLP, over the age of eighteen (18) years and not a party to this action, on or before five o'clock p.m. on February 25, 2002 and the same is hereby deemed good and sufficient service.

3. It is further ordered that, this judgment is not final and this Court shall retain jurisdiction over this matter for all purposes including, but not limited to, a further

motion by Advanced for a default judgment on monetary damages, permanent injunctive relief and such other and further relief as may be warranted.

BY THE COURT:

David S. Doty
United States District Court

DATED: February 25, 2002