ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ADVANCED COMMUNICATION DESIGN, Inc.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>PREMIER RETAIL NETWORKS, Inc.<br><br>Defendant and Counterclaimant. | COURT FILE NO.: 01-983 DSD/JMM<br><br>**PROPOSED ORDER** |

This matter came before the undersigned Judge of the United States District Court, District of Minnesota, pursuant to Defendant/Counterclaimant's Motion for a stay of injunction pending appeal of this Court's Order dated February 21, 2002 and its Preliminary Injunction Order dated February 25, 2002.

Based on review of the file, records and the attached memorandums of law,

IT IS HEREBY ORDERED:

That Defendant/Counterclaimant's Motion is GRANTED and this Court's February 21, 2002 Order and its Order of February 25, 2002 are hereby stayed.

**BY THE COURT:**

Dated: March 1, 2002

The Honorable Judge David S. Doty
United Stated District Court Judge

idmsmpl:490254_1

FILED 3-1-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____