UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-983 (DSD/JMM)

Advanced Communication Design, Inc.,

Plaintiff,

v.

**ORDER FOR A BOND PENDING STAY AND APPEAL**

Premier Retail Networks, Inc.,

Defendant.

John B. Lunseth II, Esq., Gerald E. Helget, Esq., Michael M. Lafeber, Esq., and Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; Karna A. Berg, Esq. and Briggs & Morgan, W2200 First National Bank Building, 332 Minnesota Street, St. Paul, MN 55101, counsel for plaintiff.

Thomas J. Undlin, Esq., Martin R. Lueck, Esq., Diane L. Simerson, Esq., Stacie E. Oberts, Esq., and Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015; Tracy T. Lane, Esq., Ian D. Chowdhury, Esq., and Wilson, Sonsini, Goodrich & Rosati PC, 650 Page Mill Road, Palo Alto, CA 94304-1050; and Laura A. Pfeiffer, Esq. and Winthrop & Weinstine, 60 South Sixth Street, Suite 3000, Minneapolis, MN 55402-4430; and Jill H. Bowman, Esq. and Wilson, Sonsini, Goodrich & Rosati, 8911 Capital of Texas Highway, Suite 3350, Austin, TX 78759, counsel for defendant.

This matter came before the undersigned judge of the U.S. District Court pursuant to plaintiff Advanced Communication Design, Inc.'s motion for an order requiring defendant Premier Networks, Inc. to post a bond pending the stay and appeal of this court's February 25, 2002, preliminary injunction order.

FILED 4-22-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for an order requiring defendant Premier Networks, Inc. to post a bond pending the stay and appeal of this court's February 25, 2002, preliminary injunction order is granted; and

2. Defendant shall post a bond in the amount of $100,000 no later than three business days after the issuance of this order.

Dated: April 22, 2002

David S. Doty, Judge
United States District Court