Bond Number: CAIFSU0330147
Premium: $2,000 per annum

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ADVANCED COMMUNICATION DESIGN, INC.,**<br><br>**Plaintiffs and Counterdefendant,**<br><br>**v.**<br><br>**PREMIER RETAIL NETWORKS, INC.,**<br><br>**Defendant and Counterclaimant.** | **COURT FILE NO. 01-983 DSD/JMM**<br><br>**BOND PENDING APPEAL** |

**KNOW ALL BY THESE PRESENTS:** that Premier Retails Networks, Inc. ("PRN") as principal and International Fidelity Insurance Company, as surety, are held and firmly bound onto Advanced Communication Design, Inc. in the potential maximum aggregate sum of $100,000 lawful money of the United States. The condition of this obligation is such that Premier Retail Networks, Inc. has appealed to the Court of Appeals for the Federal Circuit from the Orders of this Court dated February 21 and 25, 2002, and that by Order of this Court dated April 22, 2002, is required to post a bond pending the stay and appeal of the Court's Preliminary Injunction Order pursuant to Federal Rules of Civil Procedure, Rule 62.

In consideration of a stay of enforcement of the Preliminary Injunction Order granted on February 25, 2002, Premier Retail Networks, Inc., as principal, and International Fidelity Insurance Company, as surety, hereby undertake, jointly and severally, to make good to Advanced Communication Design, Inc.. pursuant to the Order, if for any reason the Order is affirmed, or the appeal is dismissed, and to satisfy any such modifications as the Court of Appeals for the Federal

2319451.1

FILED 4-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Circuit or the District Court may hereafter adjudge. In no event, however, shall the surety's obligation exceed a maximum aggregate sum of $100,000.

Dated: April 24, 2002

PREMIER RETAIL NETWORKS, INC.

By: ____________________

Its: Chief Financial Officer

Dated: April 24, 2002

INTERNATIONAL FIDELITY INSURANCE COMPANY

By: ____________________

Rosemarie Guanill,

Its: Attorney-in-Fact

APPROVED AS TO FORM AND AMOUNT, this 29th day of April,

2002.

____________________

Honorable David S. Doty
United States District Judge

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of California

County of San Francisco

On April 24, 2002 (DATE) before me, A. Anthony, Notary Public (NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"),

personally appeared Rosemarie Guanill (NAME(S) OF SIGNER(S)),

☒ personally known to me - **OR** - ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SRS1 A. ANTHONY COMM. #1346410 NOTARY PUBLIC - CALIFORNIA SAN FRANCISCO COUNTY My Comm. Expires April 10, 2006 SRS1

WITNESS my hand and official seal.

[signature]
SIGNATURE OF NOTARY

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE OFFICER

______________________
TITLE(S)

☐ PARTNER(S) ☐ LIMITED ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: ______________________

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
International Fidelity Insurance Company

### DESCRIPTION OF ATTACHED DOCUMENT

Bond #CAIFSU0330147 - PRN
TITLE OR TYPE OF DOCUMENT

______________________
NUMBER OF PAGES

______________________
DATE OF DOCUMENT

______________________
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

Tel (973) 624-7200

# POWER OF ATTORNEY
# INTERNATIONAL FIDELITY INSURANCE COMPANY

HOME OFFICE: ONE NEWARK CENTER, 20TH FLOOR
NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing laws of the State of New Jersey, and having its principal office in the City of Newark, New Jersey, does hereby constitute and appoint

ROSEMARIE GUANILL, ROGER C. DICKINSON, CHARLES R. SHOEMAKER, MARK M. MUNEKAWA, STANLEY D. LOAR, NANCY L. HAMILTON

San Francisco, CA.

its true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, stature, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said **INTERNATIONAL FIDELITY INSURANCE COMPANY**, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal office.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of Article 3-Section 3, of the By-Laws adopted by the Board of Directors of **INTERNATIONAL FIDELITY INSURANCE COMPANY** at a meeting called and held on the 7th day of February, 1974.

The President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have power and authority

(1) To appoint Attorneys-in-fact, and to authorize them to execute on behalf of the Company, and attach the Seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

(2) To remove, at any time, any such attorney-in-fact and revoke the authority given.

Further, this Power of Attorney is signed and sealed by facsimile pursuant to resolution of the Board of Directors of said Company adopted at a meeting duly called and held on the 29th day of April, 1982 of which the following is a true excerpt:

Now therefore the signatures of such officers and the seal of the Company may be affixed to any such power of attorney or any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

INTERNATIONAL FIDELITY INSURANCE COMPANY CORPORATE SEAL 1904 NEW JERSEY

IN TESTIMONY WHEREOF, **INTERNATIONAL FIDELITY INSURANCE COMPANY** has caused this instrument to be signed and its corporate seal to be affixed by its authorized officer, this 31st day of August, A.D. 1998.

INTERNATIONAL FIDELITY INSURANCE COMPANY

STATE OF NEW JERSEY
County of Essex

Vice-President

On this 31st day of August 1998, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said the he is the therein described and authorized officer of the **INTERNATIONAL FIDELITY INSURANCE COMPANY**; that the seal affixed to said instrument is the Corporate Seal of said Company; that the said Corporate Seal and his signature were duly affixed by order of the Board of Directors of said Company.

JOSE A. MARQUEZ, JR. NOTARY PUBLIC NEW JERSEY

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 21, 2005

## CERTIFICATION

I, the undersigned officer of **INTERNATIONAL FIDELITY INSURANCE COMPANY** do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Section of the By-Laws of said Company as set forth in said Power of Attorney, with the ORIGINALS ON IN THE HOME OFFICE OF SAID COMPANY, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect

IN TESTIMONY WHEREOF, I have hereunto set my hand this 24th day of April, 2002

Assistant Secretary