**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Advanced Communication Design, Inc.** **Civil No. 01-983 DSD/SRN**

**Plaintiff,**

**v.** **ORDER OF RECUSAL**

**Premier Retail Networks, Inc.,**

**Defendant.**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 24, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

97

JUN 2 4 2002
FILED ____________
Richard D. Sletten, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ____

Proceedings include events between 6/24/02 and 6/24/02. APPEAL
0:01cv983 Advanced Comm Design v. Premier Retail PROTO REFER
ATYADM

| | | |
|---|---|---|
| 6/24/02 | 97 | ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson) Case referred to Magistrate Judge Franklin L. Noel (4:02 AD 152). Case number remains the same except for Mag. Judges' initials 01-983 DSD/FLN. Case number with new Mag. Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action. 1pg(s) (cc: all counsel) (jr) [Entry date 06/27/02] [Edit date 06/27/02] |