UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Advanced Communication Design, Inc.,

Plaintiff,

v.

Premier Retail Networks, Inc.,

Defendant.

Civil: 01-983 DSD/FLN

**ORDER**

---

John Lunseth, Esq., for Plaintiff.
Stacie Oberts, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge for a hearing on August 1, 2002, on Defendant's Motion to Stay Proceedings Pending Appeal [#101].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Proceedings Pending Appeal [#101] is **DENIED**.

Dated: Aug 2, 2002

Franklin L Noel
FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

AUG 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK