**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Advanced Communication Design, Inc.,

Plaintiff,

vs.

Premier Retail Networks, Inc.,

Defendant.

Court File No. CV 01-983 DSD/FLN

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

The parties hereto stipulate and agree that the pretrial scheduling order be amended as follows:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| September 1, 2002 | By Plaintiff |
| October 1, 2002 | By Defendant |

2. All non-expert discovery shall be commenced in time to be completed by October 1, 2002.

3. All discovery of any kind shall be commenced in time to be completed by November 1, 2002.

4. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 7, 2002.

5. Except as modified herein, all other provisions of the pretrial scheduling order issued March 26, 2002 remain in full force and effect.

AUG 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1432586v1

BRIGGS AND MORGAN, P.A.

By ____________________
John B. Lunseth II (65341)
Michael M. Lafeber (242871)
Lori J. Marco (277794)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 334-8400
*Attorneys for Plaintiff Advanced Communication Design, Inc.*

DATED: 7/29, 2002

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By ____________________
Thomas J. Undlin (183751)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500
*Attorneys for Defendant Premier Retail Networks, Inc.*

DATED: 7/29, 2002

**IT IS SO ORDERED.** Trial Ready date of 2/1/03 Remains unchanged.

Dated: Aug 5, 2002

____________________
FRANKLIN L. NOEL
United States Magistrate Judge