**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Advanced Communication Design, Inc., Plaintiff, vs. Premier Retail Networks, Inc., Defendant. | Court File No. CV 01-983 DSD/FLN **STIPULATION AND ORDER FOR STAY OF PROCEEDINGS** |

Defendant Premier Retail Networks, Inc. appealed the entry of partial default judgment on liability and the entry of a preliminary injunction in this matter to the Federal Circuit Court of Appeals. On September 23, 2002 a three-judge panel of the Court of Appeals issued its decision reversing the entry of partial default judgment, and reversing the preliminary injunction insofar as it would enjoin versions 1.0 and 3.0 of defendant's accused Interactive Network.

The parties anticipate that the schedule in this case will need to be modified in light of the decision of the Federal Circuit. However, plaintiff Advanced Communication Design, Inc. intends to further appeal the decision of the Court of Appeals, by requesting Panel Rehearing and/or En Banc Determination by the Federal Circuit, and by Petition for Certiorari to the United States Supreme Court. The parties agree that it would be imprudent to go forward with the proceedings until there is a final determination on appeal of the September 23, 2002 decision.

FILED OCT 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1. All further proceedings in the matter before the District Court shall be stayed until fourteen (14) days after the conclusion of any appeal by Advanced Communication Design, Inc.. The "conclusion of any appeal by Advanced Communication Design, Inc." is defined to include the following:

(a) In the event Advanced Communication Design, Inc. does not timely file a Petition for Rehearing and/or for En Banc Determination to the Federal Circuit Court of Appeals, then upon the issuance by the Federal Circuit of its mandate.

(b) In the event Advanced Communication Design, Inc. does request Panel Rehearing and/or En Banc Determination by the Federal Circuit, then upon the occurrence of both of the following conditions: (i) the issuance by the Federal Circuit Court of Appeals of its final mandate, and (ii) either written notice by Advanced Communication Design, Inc. to Defendant that it does not intend to pursue any further appeals or the expiration of the time to file a Petition for Certiorari to the United States Supreme Court. Such notice to Defendant shall be effective upon receipt by Defendant's counsel.

(c) In the event Advanced Communication Design, Inc. files a Petition for Certiorari to the United States Supreme Court, upon the denial of the Petition by the United States Supreme Court, or in the event Certiorari is granted, upon the final disposition of the appeal by the Supreme Court.

2. The stay shall include all District Court proceedings and deadlines including, but not limited to, pleadings, motions, discovery between parties, third party discovery and expert reports. It is further Stipulated and Agreed that the Preliminary Injunction in this matter shall continue to be stayed until fourteen (14) days after the conclusion of any appeal by Advanced Communication Design, Inc. as set forth in paragraph 1 hereof. There is no agreement between the parties as to the status of the preliminary injunction at the conclusion of the fourteen (14) day period. The parties agree that during the pendency of the stay, Advanced Communication Design, Inc. may schedule a motion relating to the stay to be heard immediately after the conclusion of the fourteen (14) day period. The parties further agree that Advanced Communication Design, Inc's right to schedule a motion is in no way to be used or construed as evidence or an admission on Advanced Communication Design, Inc.'s behalf that such a motion is required to enforce the injunction.

3. Defendant shall have fourteen (14) days after the conclusion of any appeal by Advanced Communication Design, Inc. as set forth in paragraph 1 hereof in which to either submit its expert report on damages or to file a motion to amend the scheduling order in this matter. Any such motion shall suspend all scheduling deadlines until the dates ordered in the disposition of the motion.

Dated: September 30, 2002.

**BRIGGS AND MORGAN, P.A.**

By: ______________________________
John B. Lunseth, II (#65341)
Michael M. Lafeber (#242871)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400
Facsimile: (612) 334-8650

***Attorneys For Plaintiff Advanced Communication Design, Inc.***

Dated: September 30, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

By: ______________________________
Thomas J. Undlin (#183751)
Diane L. Simerson (#270702)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 339-8500
Facsimile: (612) 339-4181

***Attorneys For Defendant Premier Retail Networks, Inc.***

**ORDER**

**ORDER HEREON:**

1. It is so ordered.

Dated: ____________, 2002.

The Honorable Franklin L. Noel
Magistrate Judge of U.S. District Court