UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-983 (DSD/FLN)

Advanced Communication Design, Inc.,

Plaintiff,

v.

Premier Retail Networks, Inc.,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 30, 2002, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: January 24, 2003

David S. Doty, Judge
U.S. District Court

FILED JAN 24 2003
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

PURSUANT TO DISQUALIFICATION AND ORDER FOR REASSIGNMENT THE FOLLOWING CIVIL ACTION HAS BEEN REASSIGNED TO JUDGE DONOVAN W. FRANK. THE CASE NUMBER SHALL REMAIN THE SAME EXCEPT FOR THE JUDGES' INITIALS 01-983 DWF/FLN.

PLEASE USE THE CIVIL ACTION NUMBER WITH "ONLY" THE NEWLY ASSIGNED JUDGES' INITIALS WHEN SUBMITTING PLEADINGS OR PAPERS TO THE COURT REGARDING THIS CASE 01-983 DWF/FLN