**EXHIBIT A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

ADVANCED COMMUNICATION DESIGN, INC.

Plaintiff,

v.

PREMIER RETAIL NETWORKS, INC.,

Defendant.

Civil Action no. 01-CV-983
(Hon. Donovan Frank)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Briggs and Morgan P.A. as attorneys for plaintiff Advanced Communication Design, Inc. and Robins, Kaplan, Miller & Ciresi, L.L.P. as attorneys for defendant Premier Retail Networks, Inc. that the above-captioned action is dismissed with prejudice and without costs to any party. It is further stipulated that the preliminary injunction entered in this matter on or about February 21, 2002 may be dissolved in full, that defendant Premier Retail Networks, Inc. may cancel its bond deposited to stay the injunction pending appeal, and that the $25,000 deposited by plaintiff Advanced Communication Design, Inc. to secure and obtain the preliminary injunction shall be promptly refunded to Advanced Communication Design, Inc.

Dated: May 22, 2003

Martin R. Lueck
Thomas J. Undlin
ROBINS, KAPLAN, MILLER
& CIRESI, L.L.P.
1200 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402

John B. Lunseth, II
Michael M. Lafeber
BRIGGS AND MORGAN, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

FILED MAY 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1528603v8

**SO ORDERED:**

Dated: 5/23, 2003.

U.S. District Judge