UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Advanced Communication Design, Inc.,

Plaintiff,

v.

Premier Retail Networks, Inc.,

Defendants.

Civil No. 01-983 DWF/FLN

**ORDER**

---

Michael M.Lafebar for Plaintiff.
Anne M. Lockner for Non-Party Best Buy.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on June 30, 2003, on the Motion by Non-party Best Buy Co. For Costs and Fees under Rule 45 [#115].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Motion is **GRANTED in Part and DENIED in Part** as follows:

1. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff, Advanced Communication Design, Inc. is hereby ordered to pay Non-Party, Best Buy Co., Inc. **$2, 179.14** in connection with its compliance with a non-party subpoena;

2. In all other respects, the motion is **DENIED**.

DATED: July 2, 2003

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge



FILED JUL - 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______